UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 7
                                                                Case No.: 8-23-70994-las

DANIEL GALLAGHER,

                              Debtor.
------------------------------------------------------------X          **Stipulation Extending Time**

          **IT IS HEREBY STIPULATED AND AGREED,** by and between Robert Pryor, Chapter 7 Trustee for the bankruptcy estate of Daneil Gallagher (the "Debtor"), by his attorneys herein, and Phillips, Artura & Cox, attorney for the Debtor, that the time within which the Trustee may file objections to the Debtors' discharge in bankruptcy is hereby extended through and including July 30 2023.

          This Stipulation may be signed in counter-parts and facsimile signatures in execution of the Stipulation are hereby deemed original signatures.

Dated:   Westbury, New York
         June 23, 2023

                                    s/Neil Ackerman__
                                    Pryor & Mandelup L.L.P.
                                    Attorneys for Robert L. Pryor
                                    Chapter 7 Trustee
                                    By Neil Ackerman
                                    675 Old Country Road
                                    Westbury, New York 11590
                                    (516) 997-0999

Dated:   Syosset , New York
         June 23, 2023

                                    _____
                                    Richard Artura, Esq.
                                    Phillips, Artura & Cox
                                    Attorney for the Debtor
                                    165 South Wellwood Avenue
                                    Lindenhurst, NY 11757

SO ORDERED