# PHILLIPS, ARTURA & COX
*Counselors at Law*
**165 So. Wellwood Avenue**
**Lindenhurst, NY 11757-4902**

---

**EDWARD R. PHILLIPS (1914-1993)**
**RICHARD F. ARTURA**
**MICHAEL S. COX**
**PETER D. HOTIS**

Telephone:    (631) 226-2100
Facsimile:    (631) 226-2160*
*Service with written consent
EMAIL: info@pwqlaw.com

July 6, 2023

Chambers of the Honorable Louis A Scarcella
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

                        **Re:    Daniel Gallagher**
                               **Case Number: 23-70994-las**

Dear Honorable Scarcella:

      We are the attorneys representing the above-referenced debtor. The Trustee's motion to sell is returnable July 18, 2023 at 10:00 am. The undersigned will be out of the country on vacation July 7, 2023 through July 24, 2023.

      Debtor hereby respectfully requests a thirty (30) day extension so that we may submit opposition and attend the hearing.

      Thank you.

                                                Very truly yours,

                                                *S/Richard F. Artura*

                                                Richard F. Artura

RFA/rb
cc:    Robert L Pryor, Esq.