# PHILLIPS, ARTURA & COX
*Counselors at Law*
**165 So. Wellwood Avenue**
**Lindenhurst, NY 11757-4902**

---

| | |
|---|---|
| **EDWARD R. PHILLIPS** (1914-1993) | **Telephone:** (631) 226-2100 |
| **RICHARD F. ARTURA** | **Facsimile:** (631) 226-2160* |
| **MICHAEL S. COX** | *Service with written consent |
| **PETER D. HOTIS** | **EMAIL: rartura@pwqlaw.com** |

August 10, 2023

The Honorable Louis A. Scarcella
The United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Court House
290 Federal Plaza
Central Islip, NY 11722

Re: <u>Daniel Gallagher Chapter 7 Case No.:8-23-70994-las</u>

Dear Judge Scarcella,

    Attached is a proposed Order authorizing the sale of Real Property by public auction free and clear of all liens, claims, interests and encumbrances. The debtor is fully participating in the auction sale on Tuesday, August 15 20223 at 11:00 a.m.

    As neither the sales price, encumbering liens or final claims are available at this time it is the Debtor's position that other than closing costs and auctioneer fees, no expenses should be paid from the sale proceeds.

    Thank you,

Very truly yours,

By: *S/Richard F. Artura*
       Richard F. Artura

cc; Robert L. Pryor, Esq.

RFA/ae